FILED

2005 Feb-03  AM 10:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LARRY CRANE, | ] | |
| | ] | |
|    Plaintiff, | ] | |
| | ] | |
|    vs. | ] | CV-01-CO-02957-S |
| | ] | |
| GARY SCOTT, et al., | ] | |
| | ] | |
|    Defendants. | ] | |

MEMORANDUM OF OPINION

On January 20, 2005, this Court entered an order requiring the Plaintiff to show cause why summary judgment should not be granted in favor of defendants Gary and Sandra Scott d/b/a A Country Feed & Farm Supply on Plaintiff's claim of civil rights violations under 42 U.S.C. § 1983. (Doc. 144.)  Plaintiff had until January 31, 2005, to file a response.  No response has been filed.

The Court has reviewed Plaintiff's complaint and the evidence that has been submitted in this case.  Plaintiff has failed to point to any evidence that shows he has a viable claim against Gary and Sandra Scott under §

1983.[1]  Therefore, summary judgment is GRANTED in favor of defendants Gary and Sandra Scott on Plaintiff's § 1983 claim.  This Court declines to exercise jurisdiction over Plaintiff's state law claims against these remaining defendants.  28 U.S.C. § 1367(c)(3); *see also United Mine Workers v. Gibbs*, 383 U.S. 715, 726 (1966).  A separate order in conformity with this opinion will be entered.

Done, this  2nd  of  February, 2005.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

---

[1]This Court outlined the pertinent law in its memorandum opinion granting defendant Don Smith's motion for summary judgment on Plaintiff's § 1983 claim.  (Doc. 142.)